Fill in this information to identify the case:

Debtor 1  __Chris A. Abbott__
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court, for the: __Northern__ District of __IL__

Case number (If known): __14 B 23519__

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:



You must pay...       On or before this date...
$ 190.00              6-25-2014
                      Month / day / year

$ 60.00               7-24-2014
                      Month / day / year

$ 60.00               8-25-2014
                      Month / day / year

+ $ _____           _____
                      Month / day / year

Total  $ 310.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

27 JUN 2014
Month / day / year    By the court: _____ AM
                                   United States Bankruptcy Judge